## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYJON BOLTON | : | Civil Action No. 3:24-cv-42 (JAM) |
| Plaintiff | : | |
| v. | : | |
| EAST HARTFORD HOUSING AUTHORITY | : | |
| Defendant | : | September 11, 2024 |

### STIPULATION OF DISMISSAL

Plaintiff Tyjon Bolton and Defendant East Hartford Housing Authority hereby stipulate as follows: Plaintiff and Defendant have reached a resolution of this matter and have executed an agreement reflecting the terms of the settlement agreement. Accordingly, pursuant to Fed. R. Civ. P. 41 and Local Rule 41, the parties hereby request that the Court enter an ordering dismissing this case with prejudice and without costs.

Undersigned counsel for Plaintiff and Defendant represent that they are duly authorized by their clients to execute this Stipulation.

Plaintiff,

By Counsel: /s/ Jessica Labrencis
Jessica Labrencis (ct29741)
Greg Kirschner (ct26888)
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
(860) 247-4400 (Tel.)/(860) 247-4236 (Fax)
jlabrencis@ctfairhousing.org
gkirschner@ctfairhousing.org

Defendant,

By Counsel: /s/ Misty R. Percifield
Misty R. Percifield (ct30567)

                Gordon Rees Scully Mansukhani
                500 Mamaroneck Avenue, STE 503
                Harrison, NY 10528
                914-512-3742
                mpercifield@grsm.com

By Counsel:  /s/ Karen Baldwin Kravetz
                Karen Baldwin Kravetz (ct19665)
                Susman, Duffy & Segaloff, P.C.
                700 State Street, Suite 100
                New Haven, CT  06511
                (203) 624-9830 x206 (tel)
                (203) 562-8430 (fax)
                kkravetz@susmanduffy.com